## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ALEX PETTIS, | : No. 172 MM 2018 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| FRANCIS T. CHARDO III, ESQ., JOSEPH | : |
| A. CURCILLO III, ESQ., A. TAYLOR | : |
| WILLIAMS, ESQ., HONORABLE ARTHUR | : |
| SCOTT EVANS, DALE E. KLEIN "CLERK | : |
| OR COURTS", DA JOEL HOGENTOLER, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.